**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| AAWAAZ INC., Plaintiff, | ) | Case No. 2:26-cv-00437 |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., Defendants. | ) | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Aawaaz Inc. ("Aawaaz" or "Plaintiff") files this original Complaint against Defendants Samsung Electronics Co., Ltd. ("Samsung Electronics Co.") and Samsung Electronics America, Inc. ("Samsung Electronics America") (collectively, "Samsung" or "Defendants") for patent infringement under 35 U.S.C. § 271 and alleges as follows:

## THE PARTIES

1. Aawaaz is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 85 Swenson Circle, Berkeley Heights, New Jersey 07922.

2. Defendant Samsung Electronics Co. is a corporation organized and existing under the laws of the Republic of Korea, with its principal place of business at 129, Samsung-Ro, Yeongtong-Gu, Suwon-Si, Gyeonggi-Do, 443-742, Republic of Korea. On information and belief, Samsung Electronics does business in Texas, directly or through intermediaries, and offers its products and/or services, including those accused herein of infringement, to customers and

potential customers located in Texas, including in the Judicial District of the Eastern District of Texas.

3. Defendant Samsung Electronics America is a corporation organized under the laws of New York, with its principal place of business at 85 Challenger Road, Ridgefield Park, New Jersey 07660. On information and belief, Samsung Electronics America has corporate offices located at 6225 Excellence Way, Plano, Texas 75023 and a research facility at 6105 Tennyson Parkway, Plano, Texas 75024. Samsung Electronics America may be served with process through its registered agent CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

4. Defendants have authorized sellers and sales representatives that offer and sell products pertinent to this Complaint through the State of Texas, including in this District, and to consumers throughout this District, such as: Best Buy, 422 West TX-281 Loop, Suite 100, Longview, Texas 75605; AT&T Store, 1712 East Grand Avenue, Marshall, Texas 75670; T-Mobile, 1806 East End Boulevard North, Suite 100, Marshall, Texas 75670; Verizon authorized retailers, including Russell Cellular, 1111 East Grand Avenue, Marshall, Texas 75670; Victra, 1006 East End Boulevard North, Marshall, Texas 75670; and Cricket Wireless authorized retailer, 120 East End Boulevard South, Marshall, Texas 75670.

## JURISDICTION AND VENUE

5. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, 1338, and 1367.

6. This Court has personal jurisdiction over Defendants. Defendants regularly conduct business and have committed acts of patent infringement and/or have induced acts of patent

infringement by others in this Judicial District and/or have contributed to patent infringement by others in this Judicial District, the State of Texas, and elsewhere in the United States.

7. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391 because, among other things, Samsung Electronics is not a resident in the United States, and thus may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3). Venue is further proper in this Judicial District pursuant to 28 U.S.C. §§ 1400(b) and 1391(b) and (c) because each Defendant is subject to personal jurisdiction in this Judicial District, has committed acts of patent infringement in this Judicial District, and has a regular and established place of business in this Judicial District. Each Defendant, through its own acts and/or through the acts of each other Defendant, makes, uses, sells, offers to sell, and/or imports infringing products within this Judicial District, regularly does and solicits business in this Judicial District, and has the requisite minimum contacts with the Judicial District, such that this venue is a fair and reasonable one. Further, on information and belief, the Defendants have admitted or not contested proper venue in this Judicial District in other patent infringement actions.

8. Defendants are subject to this Court's jurisdiction pursuant to due process and/or the Texas Long Arm Statute due at least to their substantial business in this State and Judicial District, including (a) at least part of their past infringing activities, (b) regularly doing or soliciting business in Texas, and/or (c) engaging in persistent conduct and/or deriving substantial revenue from goods and services provided to customers in Texas.

**PATENTS-IN-SUIT**

9. On August 6, 2013, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,504,633 (the "'633 Patent") entitled "Method and System for

Communicating a Data File." A true and correct copy of the '633 Patent is attached hereto as Exhibit A.

10. On April 17, 2012, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,161,116 (the "'116 Patent") entitled "Method and System for Communicating a Data File Over a Network." A true and correct copy of the '116 Patent is attached hereto as Exhibit B.

11. On August 7, 2007, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,254,227 (the "'227 Patent") entitled "Signal-Based Session Management for Telephonic Applications." A true and correct copy of the '227 Patent is attached hereto as Exhibit C.

12. On January 27, 2009, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,483,525 (the "'525 Patent") entitled "Method and System for Selecting a Communication Channel with a Recipient Device Over a Communication Network." A true and correct copy of the '525 Patent is attached hereto as Exhibit D.

13. Plaintiff is the sole and exclusive owner of all legal right, title, and interest in and to the '633 Patent, the '116 Patent, the '227 Patent, and the '525 Patent (collectively, the "Patents-in-Suit" or "Asserted Patents"), and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. Plaintiff also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

## FACTUAL ALLEGATIONS

14. The '633 Patent and the '116 Patent generally relate to a method, computer-readable medium, and apparatus for messaging, particularly to transmitting data files over a

communication network. The technology described in the ’633 Patent and the ’116 Patent was developed by Navin Chaddha, Adesh Desai, Sanjeev Kuwadekar, and Dan Sodhi. For example, the technology is implemented by Samsung’s Messaging application.

15. The ’227 Patent generally relates to a system and method to reacting to the placing of a communication between an automated participant and a human participant “on hold.” The system and method of the ’227 Patent relates to having the automated participant take appropriate action, such as suspending its participation in the communication. extending the time for which it awaits a response from the human participant, continuing the communication in a “visual” mode using the keypad and display of the human participant’s handset, or some other appropriate action. The technology described in the ’227 Patent was developed by Inderpal Singh Mumick and Sandeep Sibal. For example, the technology is implemented in Samsung devices running Android’s Operating System.

16. The ’525 Patent generally relates to a method, computer-readable medium, and apparatus for communicating over a network, particularly to selecting a recipient device with which to communicate. The technology described in the ’525 Patent was developed by Navin Chaddha, Adesh Desai, Sanjeev Kuwadekar, and Dan Sodhi. For example, the technology is implemented by Samsung’s Galaxy Artificial Intelligence (“AI”).

17. Samsung has infringed the ’633 Patent and the ’227 Patent by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import the infringing products identified above.

18. Samsung has infringed and is continuing to infringe the ’116 Patent and the ’525 Patent by making, using, selling, offering to sell, and/or importing, by actively inducing others to make, use, sell, offer to sell, and/or import, and/or contributing to other’s making, using, selling,

offering to sell, and/or importing of the infringing products identified above.

**COUNT I**
**(Infringement of the ’633 Patent)**

19. Paragraphs 1 through 18 are incorporated by reference as if fully set forth herein.

20. Plaintiff has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the ’633 Patent.

21. Defendants have directly infringed the ’633 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the ’633 Patent. Such products include, but are not limited to, Samsung’s smartphones, tablets, galaxy books, watches, laptops, computers, and appliances capable of running Samsung’s Messages application.

22. For example, Defendants have directly infringed at least Claim 1 of the ’633 Patent by making, using, offering to sell, selling, and/or importing into the United States products that run Samsung’s Messages application.

23. Each accused Samsung device, including the Galaxy S25 Ultra, infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of a method of transmitting a data file from a sender to a recipient, comprising the step of receiving said data file sent from a sender device by a messaging server. For example, the Samsung Galaxy S25 Ultra comprises a method of transmitting a data file (*e.g.*, text, image, video, emoji, etc.) from a sender (*e.g.*, a first Samsung device user) to a recipient (*e.g.*, a second Samsung device user), comprising the steps of receiving said data file sent from a sender device by a messaging server.

**Use the Samsung Messages app on your Galax...**

1 Navigate to and open the **Messages** app, and then tap the **Compose** icon in the lower right-hand corner. You can also tap a previous conversation.

2 Select your desired recipient(s). You can type the name of a contact or type a phone number.

3 Type out your message. If you'd like to insert an attachment, tap the **Gallery** or **Camera** icons to the left of the text box. You may need to tap the arrow next to the box if you've already entered some text. You can also tap **Add** (the plus icon) for additional attachment options.

4 When you're finished, tap **Send** (the arrow icon).




Source: https://www.samsung.com/us/support/answer/ANS10001926/

**Use the Samsung Messages app on your Galax...**




You've got messages - make sure you remember to reply! You have a couple ways to view new messages.

- To view messages from the Notification panel, swipe down from the top of the screen, and then tap the **New message notification**.
- To view new messages from the Messages app, simply open the app and tap the conversation with the new message.
- You can also view your messages in a pop-up window chat head if you set up the Bubbles feature.
- To play a multimedia message attachment (audio or video), tap **Play**.

Source: https://www.samsung.com/us/support/answer/ANS10001926/

**Use the Samsung Messages app on your Galax...**




You can create group messages in the Samsung Messages app if you'd like to chat with several people. Images and videos can be sent in group messages as well, which makes it easier to share information with friends and family at the same time.

Source: https://www.samsung.com/us/support/answer/ANS10001926/

**Use the Samsung Messages app on your Galax...**

If you'd like to liven up your conversations, you can insert custom emojis and emoji stickers in your messages. Other available features include writing out messages using your voice, changing up the keyboard language, and setting up smart typing options like predictive text and auto replace. You can customize these features to make creating and sending messages even easier.




Source: https://www.samsung.com/us/support/answer/ANS10001926/

24. For example, the Accused Products transmit a text message or other data file from one Samsung device to another Samsung device using the Samsung Messages application, which is a heavily featured and often a built-in app of the Android platform. The data files are transferred to and from the Samsung Messages application through standard SMS/MMS protocols, and when available, Rich Communication Services (RCS) over at least Wi-Fi or cellular data.

**Use the Samsung Messages app on your Galaxy pho...**




Let's break down the types of messages in messaging apps, so you understand what they mean.

- **Text Messages (SMS)**: The Short Message Service (SMS) lets you send and receive text messages to and from other phones or email addresses. To use this feature, you may need to subscribe to your service provider's message service.
- **Multimedia Messages (MMS)**: The Multimedia Messaging Service (MMS) lets you send and receive multimedia messages (such as picture, video, and audio messages) to and from other phones or email addresses. To use this feature, you may need to subscribe to your service provider's multimedia message service.
- **Rich Communication Services**: Only supported in Samsung Messages if is it supported by your carrier, and may not work between carriers or work with all features. RCS enables features like reactions, large attachments, typing indicators, and more. Google Messages is the default messaging app to provide RCS support on and between any carriers.

Source: https://www.samsung.com/us/support/answer/ANS10001926/

25. Accused Products, such as Samsung Galaxy S25 Ultra, provide users with an option to select Samsung Messages as a default messaging application. Further, on information and belief, the older Samsung devices, such as the Galaxy S21 Ultra 5G series, have Samsung Messages as the default messaging platform.

## Switch the default texting app

Maybe you like your current messages app but want to try out something different. Just switch the default app, and you'll be ready to send texts, emojis, and images through the new app.All your texts will be available instantly in any app.

In these examples we'll show you how to switch to Samsung Messages.

1 Most messaging apps will need to be set as the default app to operate, and will prompt you to set it as the default when you open them. Open the message app you want to set as the default app. For this example, open **Samsung Messages**.

2 A pop-up should appear asking you to switch the current app to the default messaging app.

**Note**: Some apps, like Facebook Messenger, will only show this option on the initial launch of the app.

3 Choose your desired app, and then tap **Set as default**. That's all you have to do to make it your go-to service.




However, if this isn't working, there's another way to assign a message app as the default.

1 Navigate to and open **Settings**, and then tap **Apps**. Tap **Choose default apps**, and then tap **SMS app**.




2 Select your desired message app. In this case, select **Samsung Messages** (the icon with the three horizontal dots). Your changes will be applied automatically, and you can begin using your preferred app to send texts and group messages.

Source: https://www.samsung.com/us/support/answer/ANS10001947/

## Samsung making a big change to default apps on Galaxy phones in the US

News By Dave LeClair published July 21, 2024

Samsung Messages will no longer be the default

Comments (0)

When you purchase through links on our site, we may earn an affiliate commission. Here's how it works.



(Image credit: Future)

Samsung will finally integrate its phone users into the Google Messages ecosystem, as the company will no longer include Samsung Messages by default on new smartphones in the United States. Now, the default messaging app will be Google Messages, putting Samsung devices in line with most other Android phones.

First reported by Max Weinbach, the change appeared as a notice within the Samsung Members app.

"Starting with Flip6, Fold6, and newer models, the Samsung Messages app will no longer be preloaded. Instead, Google Messages will provide a new and enhanced experience to express your emotions, making communication safe and fun," reads the notice.

Source: https://www.samsung.com/us/support/answer/ANS10001947/

26. By way of further example, the following image shows a message creation on the sender's client application. Recipient's device receives the data file from the sender's device.




Source: Samsung Galaxy S25 Ultra 08/09/25

27. Each accused Samsung device, including the Galaxy S25 Ultra, infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of said messaging server associating said data file with a unique access address, said messaging server associating said unique access address with a notification message, and said messaging server transmitting said notification message to said recipient. For example, the Samsung Galaxy S25 Ultra comprises said messaging server associating said data file (*e.g.*, text, image, video, emoji, etc.) with a unique access address (*e.g.*, a phone number), said messaging server associating said unique access address with a notification message (*e.g.*, text, image, video, emoji, etc.), and said messaging server transmitting said notification message to said recipient. For

example, the Samsung Galaxy S25 Ultra associates said data files with a phone number, email, or other contact information of another user, or themselves, and associates the data file with a notification, which could be event related, location related, weather related, etc.

**Use the Samsung Messages app on your Galaxy pho...**




Let's break down the types of messages in messaging apps, so you understand what they mean.

- **Text Messages (SMS)**: The Short Message Service (SMS) lets you send and receive text messages to and from other phones or email addresses. To use this feature, you may need to subscribe to your service provider's message service.
- **Multimedia Messages (MMS)**: The Multimedia Messaging Service (MMS) lets you send and receive multimedia messages (such as picture, video, and audio messages) to and from other phones or email addresses. To use this feature, you may need to subscribe to your service provider's multimedia message service.
- **Rich Communication Services**: Only supported in Samsung Messages if is it supported by your carrier, and may not work between carriers or work with all features. RCS enables features like reactions, large attachments, typing indicators, and more. Google Messages is the default messaging app to provide RCS support on and between any carriers.

Source: https://www.samsung.com/us/support/answer/ANS10001926/




Source: Samsung App Store for Android (Accessed 08/09/2025)




Source: Samsung App Store for Android (Accessed 08/09/2025)




Source: Samsung App Store for Android (Accessed 08/09/2025)




Source: Samsung App Store for Android (Accessed 08/09/2025)




Source: Samsung Galaxy S25 Ultra 08/09/25

28. Each accused Samsung device, including the Galaxy S25 Ultra, infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of a method wherein said notification message is not sent while the sender device is accessing the messaging server and said notification message is queued for later delivery. For example, the Samsung Galaxy S25 Ultra performs a method wherein said notification message (*e.g.*, text, image, video, emoji, etc.) is not sent while the sender device (*e.g.*, a Samsung device user) is accessing the messaging server and said notification message is queued for later delivery. For example, the Samsung Galaxy S25 Ultra enables users to schedule sending a message on

Samsung Messages for another time, such as when the user is no longer on the Samsung Messages application.




Source: Samsung Galaxy S25 Ultra 08/09/25




Source: Samsung Galaxy S25 Ultra 08/09/25

29. Each accused Samsung device, including the Galaxy S25 Ultra, infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of a method wherein said messaging server transmits said notification message to said recipient based on contact information of said recipient. For example, the Samsung Galaxy S25 Ultra performs the method of transmitting said notification message (*e.g.*, text, image, video, emoji, etc.) to said recipient (*e.g.*, a Samsung device user) based on contact information (*e.g.*, phone number, email address, social media account, etc.) of said recipient. For example, a Samsung device sends a text to a recipient's phone through Samsung Messages by texting the

recipient's phone number. The recipient's phone number is either entered manually or selected from a sender's contact list.




Source: Samsung Galaxy S25 Ultra 08/09/25




Source: Samsung App Store for Android (Accessed 8/09/2025)




Source: Samsung Galaxy S25 Ultra 08/10/25

30. Each accused Samsung device, including the Galaxy S25 Ultra, infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of a method wherein said recipient accessing said unique access address to retrieve said data file, said messaging server identifying the unique access address used by the recipient, and said messaging server transmitting said data file corresponding to the unique access address to said recipient. For example, the Samsung Galaxy S25 Ultra performs a method wherein said recipient (*e.g.*, a Samsung device user) accesses said unique access address (*e.g.*, a phone number, email address) to retrieve said data file (*e.g.*, text, image, video, emoji, etc.), said messaging server identifies the unique access address used by the recipient and said messaging server transmits said

data file corresponding to the unique access address to said recipient. For example, a Samsung device enables a user to retrieve a text from a sender because the Samsung Messages application identifies the phone number associated with the recipient and sends the text to the phone number associated with the recipient.




Source:
https://galaxystore.samsung.com/prepost/000005857133?amp=&appId=com.samsung.android.messaging




Source: Samsung Galaxy S25 Ultra 08/09/25




Source: Samsung Galaxy S25 Ultra 08/10/25

31. Defendants directly infringe the ’633 Patent through its implementation and use of Samsung’s Messages application through its devices, performing at least the steps of Claim 1.

32. Defendants have indirectly infringed one or more claims of the ’633 Patent by knowingly and intentionally inducing others, including Samsung customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include the infringing technology.

33. Defendants, with knowledge that these products, or the use thereof, infringe the ’633 Patent at least as of the date of this Complaint, knowingly and intentionally induced direct

infringement of the ’633 Patent by providing these products to end-users for use in an infringing manner. Additionally, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants’ specific industry, with the subjective belief that there was a high probability that Defendants would learn of their infringing activities, thereby remaining willfully blind to the ’633 Patent at least as early as the issuance of the ’633 Patent

34. Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the ’633 Patent, but while remaining willfully blind to the infringement. Defendants have induced infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants’ website, product literature and packaging, and other publications.

35. Plaintiff has suffered damages as a result of Defendants’ direct and indirect infringement of the ’633 Patent in an amount to be proven at trial.

36. Defendants have committed acts of infringement that Defendants actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the ’633 Patent. Defendants’ direct and indirect infringement of the ’633 Patent has been willful, intentional, deliberate, and/or in conscious disregard of rights under the patent. Plaintiff is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

**COUNT II**
**(Infringement of the '116 Patent)**

37. Paragraphs 1 through 18 are incorporated by reference as if fully set forth herein.

38. Plaintiff has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '116 Patent.

39. Defendants have infringed, and continue to directly infringe, the '116 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '116 Patent. Such products include, but are not limited to, Samsung's smartphones, tablets, galaxy books, watches, laptops, computers, and appliances capable of running Samsung's Messages application.

40. For example, Defendants have infringed, and continue to directly infringe, at least Claim 13 of the '116 Patent by making, using, offering to sell, selling, and/or importing into the United States products that run Samsung Messages.

41. Each accused Samsung device, including the Galaxy S25 Ultra, comprises a messaging server for transmitting a data file from a sender device to a recipient device, said messaging server comprising a data receiver receiving said data file from said sender device over a first communication network. For example, the Samsung Galaxy S25 Ultra comprises a messaging server for transmitting a data file (*e.g.*, text, image, video, emoji, etc.) from a sender device (*e.g.*, the Samsung Galaxy S25 Ultra) to a recipient device (*e.g.*, a second Samsung Galaxy device), said messaging server comprising a data receiver (*e.g.*, software to receive data over a Wi-Fi network) receiving said data file from said sender device over a first communication network (*e.g.*, cellular wireless networks, public switched telephone networks, IP networks, etc.). For example, the user causes the Accused Products to transmit a text message or other data file from

one Samsung device to another Samsung device using the Samsung Messages application, which is a heavily featured and often a built-in app of the Android platform. The data files are transferred to and from the Samsung Messages application through standard SMS/MMS protocols, and when available, Rich Communication Services (RCS), via multiple Wi-Fi or cellular networks.

**Use the Samsung Messages app on your Galaxy pho...**




Let's break down the types of messages in messaging apps, so you understand what they mean.

- **Text Messages (SMS)**: The Short Message Service (SMS) lets you send and receive text messages to and from other phones or email addresses. To use this feature, you may need to subscribe to your service provider's message service.
- **Multimedia Messages (MMS)**: The Multimedia Messaging Service (MMS) lets you send and receive multimedia messages (such as picture, video, and audio messages) to and from other phones or email addresses. To use this feature, you may need to subscribe to your service provider's multimedia message service.
- **Rich Communication Services**: Only supported in Samsung Messages if is it supported by your carrier, and may not work between carriers or work with all features. RCS enables features like reactions, large attachments, typing indicators, and more. Google Messages is the default messaging app to provide RCS support on and between any carriers.

Source: https://www.samsung.com/us/support/answer/ANS10001926/

**Use the Samsung Messages app on your Galax...**

1. Navigate to and open the **Messages** app, and then tap the **Compose** icon in the lower right-hand corner. You can also tap a previous conversation.

2. Select your desired recipient(s). You can type the name of a contact or type a phone number.

3. Type out your message. If you'd like to insert an attachment, tap the **Gallery** or **Camera** icons to the left of the text box. You may need to tap the arrow next to the box if you've already entered some text. You can also tap **Add** (the plus icon) for additional attachment options.

4. When you're finished, tap **Send** (the arrow icon).




Source: https://www.samsung.com/us/support/answer/ANS10001926/

**Use the Samsung Messages app on your Galax...**




You've got messages - make sure you remember to reply! You have a couple ways to view new messages.

- To view messages from the Notification panel, swipe down from the top of the screen, and then tap the **New message notification**.
- To view new messages from the Messages app, simply open the app and tap the conversation with the new message.
- You can also view your messages in a pop-up window chat head if you **set up the Bubbles feature**.
- To play a multimedia message attachment (audio or video), tap **Play**.

Source: https://www.samsung.com/us/support/answer/ANS10001926/

**Use the Samsung Messages app on your Galax...**




You can create group messages in the Samsung Messages app if you'd like to chat with several people. Images and videos can be sent in group messages as well, which makes it easier to share information with friends and family at the same time.

Source: https://www.samsung.com/us/support/answer/ANS10001926/

**Use the Samsung Messages app on your Galax...**

If you'd like to liven up your conversations, you can insert custom emojis and emoji stickers in your messages. Other available features include writing out messages using your voice, changing up the keyboard language, and setting up smart typing options like predictive text and auto replace. You can customize these features to make creating and sending messages even easier.




Source: https://www.samsung.com/us/support/answer/ANS10001926/

42. Accused products, such as Samsung Galaxy S25 Ultra, provide users with an option to select Samsung Messages as a default messaging application. Further, on information and belief, older Samsung devices, such as the Galaxy S21 Ultra 5G series, have Samsung Messages as the default messaging platform.

## Switch the default texting app

Maybe you like your current messages app but want to try out something different. Just switch the default app, and you'll be ready to send texts, emojis, and images through the new app.All your texts will be available instantly in any app.
In these examples we'll show you how to switch to Samsung Messages.

1 Most messaging apps will need to be set as the default app to operate, and will prompt you to set it as the default when you open them. Open the message app you want to set as the default app. For this example, open **Samsung Messages**.

2 A pop-up should appear asking you to switch the current app to the default messaging app.

**Note**: Some apps, like Facebook Messenger, will only show this option on the initial launch of the app.

3 Choose your desired app, and then tap **Set as default**. That's all you have to do to make it your go-to service.




However, if this isn't working, there's another way to assign a message app as the default.

1 Navigate to and open **Settings**, and then tap **Apps**. Tap **Choose default apps**, and then tap **SMS app**.




2 Select your desired message app. In this case, select **Samsung Messages** (the icon with the three horizontal dots). Your changes will be applied automatically, and you can begin using your preferred app to send texts and group messages.

Source: https://www.samsung.com/us/support/answer/ANS10001947/

## Samsung making a big change to default apps on Galaxy phones in the US

News By Dave LeClair published July 21, 2024

Samsung Messages will no longer be the default

Comments (0)

When you purchase through links on our site, we may earn an affiliate commission. Here's how it works.



(Image credit: Future)

Samsung will finally integrate its phone users into the Google Messages ecosystem, as the company will no longer include Samsung Messages by default on new smartphones in the United States. Now, the default messaging app will be Google Messages, putting Samsung devices in line with most other Android phones.

First reported by Max Weinbach, the change appeared as a notice within the Samsung Members app.

"Starting with Flip6, Fold6, and newer models, the Samsung Messages app will no longer be preloaded. Instead, Google Messages will provide a new and enhanced experience to express your emotions, making communication safe and fun," reads the notice.

Source: https://www.samsung.com/us/support/answer/ANS10001947/

43. By way of further example, the following image shows a message creation on the sender's client application from one communication network (*e.g.*, Mint Mobile, using T-Mobile towers). Recipient's devices receive the data file from the sender's device using a different communication network (*e.g.*, AT&T's network).




Source: Samsung Galaxy S25 Ultra 08/09/25

44. Each accused Samsung device, including the Galaxy S25 Ultra, comprises a notification message transmitter associating said data file with a unique access address and associating said unique access address with a notification message, and transmitting said notification message to said recipient device over a second communication network. For example, the Samsung Galaxy S25 Ultra comprises a notification message transmitter (*e.g.*, module or interface to short message service center gateway server or short message peer-to-peer gateway) associating said data file (*e.g.*, text, image, video, emoji, etc.) with a unique access address (*e.g.*, a

phone number) and associating said unique access address with a notification message (*e.g.*, text, image, video, emoji, etc.) to said recipient device over a second communication network (*e.g.*, cellular wireless networks, public switched telephone networks, IP networks, etc.). For example, the Samsung Galaxy S25 Ultra enables users to associate said data files with a phone number, email, or other contact information of another user, or themselves, and associating the data file with a notification, which could be event related, location related, weather related, etc.

**Use the Samsung Messages app on your Galaxy pho...**




Let's break down the types of messages in messaging apps, so you understand what they mean.

- **Text Messages (SMS)**: The Short Message Service (SMS) lets you send and receive text messages to and from other phones or email addresses. To use this feature, you may need to subscribe to your service provider's message service.
- **Multimedia Messages (MMS)**: The Multimedia Messaging Service (MMS) lets you send and receive multimedia messages (such as picture, video, and audio messages) to and from other phones or email addresses. To use this feature, you may need to subscribe to your service provider's multimedia message service.
- **Rich Communication Services**: Only supported in Samsung Messages if is it supported by your carrier, and may not work between carriers or work with all features. RCS enables features like reactions, large attachments, typing indicators, and more. Google Messages is the default messaging app to provide RCS support on and between any carriers.

Source: https://www.samsung.com/us/support/answer/ANS10001926/







Source: Samsung App Store for Android (Accessed 8/09/2025)




Source: Samsung App Store for Android (Accessed 8/09/2025)







Source: Samsung App Store for Android (Accessed 8/09/2025)




Source: Samsung App Store for Android (Accessed 8/09/2025)




Source: Samsung Galaxy S25 Ultra 08/09/25

45. Each accused Samsung device, including the Galaxy S25 Ultra, comprises a messaging server wherein said notification message is not sent while the sender is accessing the messaging server and said notification message is queued for later delivery. For example, the Samsung Galaxy S25 Ultra comprises a messaging server wherein said notification message (*e.g.*, text, image, video, emoji, etc.) is not sent while the sender (*e.g.*, a Samsung device user) is accessing the messaging server and said notification message is queued for later delivery. For example, the Samsung Galaxy S25 Ultra enables users to schedule sending a message on Samsung

Messages for another time, such as when the user is no longer on the Samsung Messages application.




Source: Samsung Galaxy S25 Ultra 08/09/25




Source: Samsung Galaxy S25 Ultra 08/09/25

46. Each accused Samsung device, including the Galaxy S25 Ultra, comprises a messaging server wherein said first communication network and said second communication network are disparate networks. For example, the message creation on the sender's client application is from one communication network (*e.g.*, Mint Mobile, using T-Mobile towers) and the recipient's device receives the data file from the sender's device using a different communication network (*e.g.*, AT&T's network).




Source: Samsung Galaxy S25 Ultra 08/09/25

47. Each accused Samsung device, including the Galaxy S25 Ultra, comprises a messaging server wherein said sender device comprises a memory device for storing contact information to keep recipient contact information of said sender updated within an address book stored on said messaging server. For example, the Samsung Galaxy S25 Ultra comprises a messaging server wherein said sender device (*e.g.*, the Samsung Galaxy S25 Ultra) comprises a memory device (*e.g.*, a memory card, such as a Subscriber Identity Module ["SIM"] card or a micro Secure Digital ["SD"] card, Universal Flash Storage, etc.) for storing contact information to

keep recipient contact information of said sender updated within an address book stored on said messaging server. For example, the Samsung Galaxy S25 Ultra enables users to add and store contact information internally on the Samsung Galaxy S25 Ultra device in an address book.




Source: Samsung Galaxy S25 Ultra 08/10/25

48. Each accused Samsung device, including the Galaxy S25 Ultra, comprises a messaging server wherein said messaging server periodically querying said sender device for detecting changes in said contact information in said memory device. For example, the Samsung Galaxy S25 Ultra periodically updates contact information within said memory device by

supplementing messaging and call history with a contact and uploading to the contact profile in the address book.




Source: Samsung Galaxy S25 Ultra 08/10/25




Source: Samsung Galaxy S25 Ultra 08/11/25







Source: Samsung Galaxy S25 Ultra 08/10/25

49. Each accused Samsung device, including the Galaxy S25 Ultra, comprises transmitting said notification message to said recipient device based on said recipient contact information. For example, the Samsung Galaxy S25 Ultra comprises transmitting said notification message (*e.g.*, text, image, video, emoji, etc.) to said recipient (*e.g.*, a Samsung device user) based on said recipient contact information (*e.g.*, phone number, email address, social media account, etc.) For example, a Samsung device can send a text to a recipient's phone through Samsung

Messages by texting the recipient's phone number. The recipient's phone number is either entered manually or selected from a sender's contact list.




Source: Samsung Galaxy S25 Ultra 08/09/25




Source: Samsung App Store for Android (Accessed 8/09/2025)




Source: Samsung Galaxy S25 Ultra 08/10/25

50. Each accused Samsung device, including the Galaxy S25 Ultra, comprises a data file transmitter providing access to a recipient using said unique access address, and transmitting said data file from said messaging server to said recipient device. For example, the Samsung Galaxy S25 Ultra comprises a data file transmitter (*e.g.*, module that accommodates sending the data file from the message server to the recipient device over circuit-switched or packet-switched network over protocols such as HTTP, SMS, MMS, etc.) providing access to a recipient using said unique access address (*e.g.*, a phone number) and transmitting said data file from said messaging server to a device of said recipient. For example, a Samsung device has a transmitting module that

can send a text to a recipient's phone through Samsung Messages by texting the recipient's phone number, whether the phone number is entered manually or selected from a sender's contact list.




Source:
https://galaxystore.samsung.com/prepost/000005857133?amp=&appId=com.samsung.android.messaging




Source: Samsung Galaxy S25 Ultra 08/09/25




Source: Samsung Galaxy S25 Ultra 08/10/25

51. Defendants directly infringe the ’116 Patent through their implementation and use of Samsung Messages on Samsung devices, performing at least the steps of Claim 13.

52. Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the ’116 Patent by knowingly and intentionally inducing others, including Samsung customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include the infringing technology.

53. Defendants, with knowledge that these products, or the use thereof, infringe the ’116 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and

continue to knowingly and intentionally induce, direct infringement of the ’116 Patent by providing these products to end-users for use in an infringing manner. Additionally, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants’ specific industry, with the subjective belief that there was a high probability that Defendants would learn of their infringing activities, thereby remaining willfully blind to the ’116 Patent at least as early as the issuance of the ’116 Patent

54. Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the ’116 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants’ website, product literature and packaging, and other publications.

55. Plaintiff has suffered damages as a result of Defendants’ direct and indirect infringement of the ’116 Patent in an amount to be proven at trial.

56. Plaintiff has suffered, and will continue to suffer, irreparable harm as a result of Defendants’ infringement of the ’116 Patent, for which there is no adequate remedy at law, unless Defendants’ infringement is enjoined by this Court.

57. Defendants have committed and continue to commit acts of infringement that Defendants actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the ’116 Patent. Defendants’ direct and indirect infringement of the ’116 Patent has been and continues to be willful, intentional,

deliberate, and/or in conscious disregard of rights under the patent. Plaintiff is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

**COUNT III**
**(Infringement of the ’227 Patent)**

58. Paragraphs 1 through 18 are incorporated by reference as if fully set forth herein.

59. Plaintiff has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the ’227 Patent.

60. Defendants have infringed, the ’227 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the ’227 Patent. Such products include Samsung’s smart devices capable of running interactive applications.

61. For example, Defendants have infringed, at least Claim 9 of the ’227 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include Samsung’s smart devices capable of running interactive applications.

62. Each accused Samsung device, including the Galaxy S25 Ultra, infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of a method for communicating between an interactive application and a user device, wherein said interactive application is an application that engages in an interactive session with said user device. For example, the Samsung Galaxy S25 Ultra comprises a method for communicating between an interactive application (*e.g.*, Samsung Messages) and a user device (*e.g.*, a Samsung smartphone, Samsung smartwatch, Samsung Tablet), wherein said interactive application is an application that engages in an interactive session with said user device. For example, the interactive application includes Samsung Health, Samsung Bixby, Samsung News,

etc. For example, the interactive application includes a messaging application that allows a user to send and receive messages, audio files, calendar invites, etc. and provide interactive session content. For example, the user causes the Accused Products to create interactive multimodal messages in the Samsung Messages application, which is a heavily featured and built-in app of the Android platform.

**Use the Samsung Messages app on your Galaxy pho...**




Let's break down the types of messages in messaging apps, so you understand what they mean.

- **Text Messages (SMS)**: The Short Message Service (SMS) lets you send and receive text messages to and from other phones or email addresses. To use this feature, you may need to subscribe to your service provider's message service.
- **Multimedia Messages (MMS)**: The Multimedia Messaging Service (MMS) lets you send and receive multimedia messages (such as picture, video, and audio messages) to and from other phones or email addresses. To use this feature, you may need to subscribe to your service provider's multimedia message service.
- **Rich Communication Services**: Only supported in Samsung Messages if is it supported by your carrier, and may not work between carriers or work with all features. RCS enables features like reactions, large attachments, typing indicators, and more. Google Messages is the default messaging app to provide RCS support on and between any carriers.

Source: https://www.samsung.com/us/support/answer/ANS10001926/




Source: https://www.samsung.com/us/support/answer/ANS10001926/

63. By way of further example, the following images demonstrate the creation of different interactive multimodal messages on the sender's interactive application that are sent to the recipient mobile device. The recipient's mobile device automatically interacts with the messages on the mobile device. The following image shows a message creation on the sender's interactive application.




Source: Samsung Galaxy S25 Ultra 08/09/25




Source: https://news.samsung.com/global/a-new-way-to-interact-with-your-phone-bixby-the-galaxy-s8-intelligent-interface

64. Each accused Samsung device, including the Galaxy S25 Ultra, infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of a method for hosting said interactive application on a multimodal platform. For example, the Samsung Galaxy S25 Ultra comprises a method for hosting said interactive application (*e.g.*, Samsung Messages, Samsung Health, Samsung News, Bixby, etc.) on a multimodal platform (*e.g.*, Android Operating System).




Source: https://news.samsung.com/global/a-new-way-to-interact-with-your-phone-bixby-the-galaxy-s8-intelligent-interface

**Use the Samsung Messages app on your Galaxy pho...**




Let's break down the types of messages in messaging apps, so you understand what they mean.

- **Text Messages (SMS)**: The Short Message Service (SMS) lets you send and receive text messages to and from other phones or email addresses. To use this feature, you may need to subscribe to your service provider's message service.
- **Multimedia Messages (MMS)**: The Multimedia Messaging Service (MMS) lets you send and receive multimedia messages (such as picture, video, and audio messages) to and from other phones or email addresses. To use this feature, you may need to subscribe to your service provider's multimedia message service.
- **Rich Communication Services**: Only supported in Samsung Messages if is it supported by your carrier, and may not work between carriers or work with all features. RCS enables features like reactions, large attachments, typing indicators, and more. Google Messages is the default messaging app to provide RCS support on and between any carriers.

Source: https://www.samsung.com/us/support/answer/ANS10001926/




Source: Samsung Galaxy S25 Ultra 08/11/25




65. Source: Samsung Galaxy S25 Ultra 08/11/25By way of further example, the following images demonstrate the creation of different interactive multimodal messages on the sender's interactive application that are sent to the recipient mobile device. The recipient's mobile device automatically interacts with the messages on the mobile device. The following image shows a message creation on the sender's interactive application.




Source: Samsung App Store for Android (Accessed 8/09/2025)

66. Each accused Samsung device, including the Galaxy S25 Ultra, infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of a method wherein said multimodal platform enables communication in a plurality of modes between the interactive application and the user device, and wherein the interactive application can switch between the modes. For example, the Samsung Galaxy S25 Ultra performs a method wherein said multimodal platform (*e.g.*, Android Operating System) enables communication in a plurality of modes (*e.g.*, voice, visual, vibrations, etc.) between the interactive application (*e.g.*, Samsung Messages, Samsung Health, Samsung News, Bixby, etc.) and the user device (*e.g.*, the Samsung Galaxy S25 Ultra), and wherein the interactive application can switch

between the modes. For example, the Samsung Galaxy S25 Ultra comprises the Samsung Bixby application on its Android Operating System that switches from at least voice and visual modes when communicating with a user device.




Source: https://news.samsung.com/global/a-new-way-to-interact-with-your-phone-bixby-the-galaxy-s8-intelligent-interface




Source: Samsung Galaxy S25 Ultra 08/11/25

67. For example, the Samsung Galaxy S25 Ultra comprises the Samsung Messages application on its Android Operating System that can switch from at least voice and visual modes when communicating with a user device.

**Use the Samsung Messages app on your Galaxy pho...**




Let's break down the types of messages in messaging apps, so you understand what they mean.

- **Text Messages (SMS)**: The Short Message Service (SMS) lets you send and receive text messages to and from other phones or email addresses. To use this feature, you may need to subscribe to your service provider's message service.
- **Multimedia Messages (MMS)**: The Multimedia Messaging Service (MMS) lets you send and receive multimedia messages (such as picture, video, and audio messages) to and from other phones or email addresses. To use this feature, you may need to subscribe to your service provider's multimedia message service.
- **Rich Communication Services**: Only supported in Samsung Messages if is it supported by your carrier, and may not work between carriers or work with all features. RCS enables features like reactions, large attachments, typing indicators, and more. Google Messages is the default messaging app to provide RCS support on and between any carriers.

Source: https://www.samsung.com/us/support/answer/ANS10001926/




Source: Samsung Galaxy S25 Ultra 08/09/25




Source: Samsung Galaxy S25 Ultra 08/11/25

68. Each accused Samsung device, including the Galaxy S25 Ultra, infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of a method for receiving an indication from the user device that communication between the user device and interactive application has been put on hold. For example, the Samsung Galaxy S25 Ultra performs a method for receiving an indication (*e.g.*, screen transition) from the user device (*e.g.*, the Samsung Galaxy S25 Ultra) that communication between the user device and interactive application (*e.g.*, Samsung Messages, Samsung Health, Samsung News, Bixby, etc.) has been put on hold.




Source: Samsung Galaxy S25 Ultra 08/11/2025

69. For example, the Samsung Galaxy S25 Ultra performs a method for receiving an indication (*e.g.*, applications are located on a background app screen) from the user device that communication between the user device and interactive application has been put on hold.




Source: Samsung Galaxy S25 Ultra 08/11/2025

70. Each accused Samsung device, including the Galaxy S25 Ultra, infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of a method for maintaining a state of the interactive application during the time that the communication in the first mode is put on hold. For example, the Samsung Galaxy S25 Ultra performs a method for maintaining a state (*e.g.*, background application state, sleep state, etc.) of the interactive application (*e.g.*, Samsung Messages, Samsung Health, Samsung News, Bixby, etc.) during the time that the communication in the first mode is put on hold.




Source: Samsung Galaxy S25 Ultra 08/11/2025

> The **Background apps** are those running apps which are recently opened. This improves the device performance by ending all the apps. The RAM will get clear to improve the device performance.

Source: https://www.samsung.com/in/support/mobile-devices/how-to-end-background-apps-in-samsung-galaxy-a5-2016/#:~:text=The%20Background%20apps%20are%20those,to%20improve%20the%20device%20performance

# Sleeping apps on your Galaxy device

If you're constantly switching between apps all day long, your device's battery will drain quickly. Luckily, you can put some of your apps to sleep to save some battery life throughout the day. Setting your apps to sleep will prevent them from running in the background so you can focus on the apps you use most often. You can always switch the settings later if you change your mind and need to start using a few apps again.

## Sleeping apps settings

There are several options for putting your apps to sleep, and it all depends on how often you use the apps. For example, if you rarely use the Calculator app, just set it to Deep sleeping apps so you won't need to worry about it draining any battery life.
Navigate to and open **Settings**, and then tap **Battery and device care**. Tap **Battery**, and then tap **Background usage limits**. The following settings will be available:




- **Put unused apps to sleep**: If you haven't used an app in a while, it will automatically be put to sleep. Tap the **switch** to turn this on.
- **Sleeping apps**: Shows you all apps that are currently sleeping but may run in the background if you start to use them again. You can add apps to the list by tapping the **+** sign, selecting your desired app(s), and then tapping **Add**. To remove apps, tap **More options** (the three vertical dots), and then tap **Remove apps**. Select the app(s) you want to delete, and then tap **Remove**.
- **Deep sleeping apps**: Shows you all apps that will never run in the background. They'll only work when you open them. You can add apps to the list by tapping the **+** sign, selecting your desired app(s), and then tapping **Add**. To remove apps, tap **More options** (the three vertical dots), and then tap **Remove apps**. Select the app(s) you want to delete, and then tap **Remove**.
- **Never sleeping apps**: You can add apps that will never turn off or sleep in the background so you'll always be able to use them. You can add apps to the list by tapping the **+** sign, selecting your desired app(s), and then tapping **Add**. To remove apps, tap **More options** (the three vertical dots), and then tap **Remove apps**. Select the app(s) you want to delete, and then tap **Remove**.

Source: https://www.samsung.com/us/support/answer/ANS10003442/

**1) Sleeping Applications**

Background applications that have not been used for about 3 days and causing poor system health (ex. battery consumption) will go into the sleeping mode.
A bucket restriction applies to any sleeping applications, and features such as Job, Alarm, and Foreground-service are restricted.
You can see the different buckets, and the restriction level for each bucket, at the Android reference site.
Restricted bucket
Application restrictions

The user may also turn on the sleeping mode for a specific application.

Menu path




Source: https://developer.samsung.com/mobile/app-management.html

**3) Setting Exceptions**

Samsung's automatic application control management system places applications to the sleeping or deep sleeping modes according to their usage patterns. If there are applications that need to be set aside as exceptions, the user can do so at the following path:
**Settings > Device care > Battery > Background usage limits**

Source: https://developer.samsung.com/mobile/app-management.html

71. Each accused Samsung device, including the Galaxy S25 Ultra, infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of a method for extending the timeout of the connection between the user device and the interactive application while said communication has been put on hold. For example, the Samsung Galaxy S25 Ultra performs a method for extending the timeout of the connection

between the user device (*e.g.*, a Samsung smartphone) and the interactive application (*e.g.*, Samsung Messages) while said communication has been put on hold by allowing the interactive application to run in the background of the user device.




Source: Samsung Galaxy S25 Ultra 08/11/2025

The **Background apps** are those running apps which are recently opened. This improves the device performance by ending all the apps. The RAM will get clear to improve the device performance.

Source: https://www.samsung.com/in/support/mobile-devices/how-to-end-background-apps-in-samsung-galaxy-a5-2016/#:~:text=The%20Background%20apps%20are%20those,to%20improve%20the%20device%20performance

# Sleeping apps on your Galaxy device

If you're constantly switching between apps all day long, your device's battery will drain quickly. Luckily, you can put some of your apps to sleep to save some battery life throughout the day. Setting your apps to sleep will prevent them from running in the background so you can focus on the apps you use most often. You can always switch the settings later if you change your mind and need to start using a few apps again.

## Sleeping apps settings

There are several options for putting your apps to sleep, and it all depends on how often you use the apps. For example, if you rarely use the Calculator app, just set it to Deep sleeping apps so you won't need to worry about it draining any battery life.
Navigate to and open **Settings**, and then tap **Battery and device care**. Tap **Battery**, and then tap **Background usage limits**. The following settings will be available:




- **Put unused apps to sleep**: If you haven't used an app in a while, it will automatically be put to sleep. Tap the **switch** to turn this on.
- **Sleeping apps**: Shows you all apps that are currently sleeping but may run in the background if you start to use them again. You can add apps to the list by tapping the **+** sign, selecting your desired app(s), and then tapping **Add**. To remove apps, tap **More options** (the three vertical dots), and then tap **Remove apps**. Select the app(s) you want to delete, and then tap **Remove**.
- **Deep sleeping apps**: Shows you all apps that will never run in the background. They'll only work when you open them. You can add apps to the list by tapping the **+** sign, selecting your desired app(s), and then tapping **Add**. To remove apps, tap **More options** (the three vertical dots), and then tap **Remove apps**. Select the app(s) you want to delete, and then tap **Remove**.
- **Never sleeping apps**: You can add apps that will never turn off or sleep in the background so you'll always be able to use them. You can add apps to the list by tapping the **+** sign, selecting your desired app(s), and then tapping **Add**. To remove apps, tap **More options** (the three vertical dots), and then tap **Remove apps**. Select the app(s) you want to delete, and then tap **Remove**.

Source: https://www.samsung.com/us/support/answer/ANS10003442/

Mobile

# Samsung Application Management

## 1. Introduction

Samsung's application management is a solution that helps prevent battery consumption due to unintended background operations of applications. This feature limits background activities according to the application usage patterns such as periods of non-activity and background battery consumption, and applies either the sleeping or deep sleeping modes through data analysis based on these patterns.

## 2. Purpose

This guide introduces sleeping and deep sleeping application features, and how to set exceptions to exempt an application from application control.

## 3. Details

### 1) Sleeping Applications

Background applications that have not been used for about 3 days and causing poor system health (ex. battery consumption) will go into the sleeping mode.
A bucket restriction applies to any sleeping applications, and features such as Job, Alarm, and Foreground-service are restricted.
You can see the different buckets, and the restriction level for each bucket, at the Android reference site.
Restricted bucket
Application restrictions

The user may also turn on the sleeping mode for a specific application.

Source: https://developer.samsung.com/mobile/app-management.html

## 2) Deep Sleeping Applications

Applications that have not been used for a long period of time (currently set to 16 days, but subject to change according to Samsung policies) will go into the deep sleeping mode.
Deep sleeping applications only become active when the user opens them, and become inactive when they go into the background.
Inactive applications can't perform any activities, including notifications or updates.
The user may also turn on the deep sleeping mode for a specific application.

Menu path




Source: https://developer.samsung.com/mobile/app-management.html

## 3) Setting Exceptions

Samsung's automatic application control management system places applications to the sleeping or deep sleeping modes according to their usage patterns. If there are applications that need to be set aside as exceptions, the user can do so at the following path:
**Settings > Device care > Battery > Background usage limits**

Source: https://developer.samsung.com/mobile/app-management.html

72. Defendants directly infringe the ’227 Patent through their implementation and use of Samsung’s smart devices capable of running interactive applications performing at least the steps of Claim 9.

73. Defendants have indirectly infringed one or more claims of the ’227 Patent by knowingly and intentionally inducing others, including Samsung customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include the infringing technology.

74. Defendants, with knowledge that these products, or the use thereof, infringe the ’227 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the ’227 Patent by providing these products to end-users for use in an infringing manner. Additionally, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants’ specific industry, with the subjective belief that there was a high probability that Defendants would learn of their infringing activities, thereby remaining willfully blind to the ’227 Patent at least as early as the issuance of the ’227 Patent

75. Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the ’227 Patent, but while remaining willfully blind to the infringement. Defendants have induced infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendant’s website, product literature and packaging, and other publications.

76. Plaintiff has suffered damages as a result of Defendants’ direct and indirect infringement of the ’227 Patent in an amount to be proven at trial.

77. Defendants have committed acts of infringement that Defendants actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the ’227 Patent. Defendants’ direct and indirect infringement of the ’227 Patent has been willful, intentional, deliberate, and/or in conscious disregard of rights under the patent. Plaintiff is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

**COUNT IV**
**(Infringement of the ’525 Patent)**

78. Paragraphs 1 through 18 are incorporated by reference as if fully set forth herein.

79. Plaintiff has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the ’525 Patent.

80. Defendants have infringed, and continue to directly infringe, the ’525 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the ’525 Patent. Such products include Samsung smartphones and other Samsung devices running Samsung’s Bixby and Samsung’s Galaxy AI.

81. For example, Defendants have infringed, and continue to directly infringe, at least Claim 16 of the ’525 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include Samsung smartphones and other Samsung devices running Samsung’s Bixby and Samsung’s Galaxy AI.

82. Each accused Samsung device, including Samsung’s the Galaxy S25 Ultra comprises a computer-readable medium for programming a computer for selecting a recipient address from a plurality of recipient addresses by a sender for communicating with said recipient

over a network, said medium including processor executable instructions. For example, the Samsung Galaxy S25 Ultra comprises a computer-readable medium for programming a computer for selecting a recipient address (*e.g.*, a phone number, email address, social media account, etc.) from a plurality of recipient addresses by a sender (*e.g.*, a user of a first Samsung Galaxy S25 Ultra) for communicating with said recipient (*e.g.*, a user of a second Samsung Galaxy S25 Ultra) over a network (*e.g.*, public-switch telephone network, wide-area network, cellular network, etc.), said medium including processor executable instructions. For example, the Samsung Galaxy S25 Ultra comprises Samsung's Bixby, a virtual assistant powered by Samsung's Galaxy AI, which will select a recipient's contact information to receive a message, such as a text message or online resource from the sender.




Source: https://www.samsung.com/us/support/answer/ANS10002775/

## Send messages with Bixby Voice

If you need to send an important text but you're doing too many things at once, Bixby can send it for you:

- Call Bixby by saying, "Hi Bixby" or pressing and holding the **Bixby** or **Side** button, depending on your settings.

When you want to send a text, there are two ways you can do it:

- You can tell Bixby who to send the text to (for instance, "Text Mom"), tap the **Keyboard** icon, and then enter the message yourself. Tap **Go** (the arrow icon), tap **Send**, and you're done.

- You can tell Bixby exactly what to send. For example, you can say, "Text Mom happy birthday." Bixby will not automatically send the text. Once it's written, you can review the message, and then you can tap **Send**.




- If you have two or more contacts that share the same name, Bixby will ask which one to text. Tap the correct name, review your message, and then tap **Send**.

Source: https://www.samsung.com/us/support/answer/ANS10002775/

**Send a text message using Bixby**

**Please note**: available Bixby functions and features can differ by region and by device.

Before you can send a message using Bixby, you will need to make sure that the Bixby Key and Bixby Voice has been enabled. More information on how to set up Bixby services, can be found here.

1. Press and hold the Bixby Key.



2. Once Bixby is listening, you will need to tell it who you would like to send the message to and the message you would like to send.




3. Tap **Send** or say **Yes** to send your message.




4. Bixby will confirm once it has sent your message.




Source: https://www.samsung.com/uk/support/mobile-devices/how-do-i-use-text-messages-on-my-device/




Source: Samsung Galaxy S25 Ultra 08/11/25




Source: Samsung Galaxy S25 Ultra 08/11/25







Source: Samsung Galaxy S25 Ultra 08/11/25




Source: https://news.samsung.com/global/a-new-way-to-interact-with-your-phone-bixby-the-galaxy-s8-intelligent-interface

83. Each accused Samsung device, including the Galaxy S25 Ultra, comprises a computer-readable medium for selecting a recipient and communicating said selection by the sender to a call manager. For example, the Samsung Galaxy S25 Ultra comprises a computer-readable medium for selecting a recipient (*e.g.*, a user of a second Samsung Galaxy S25 Ultra) and communicating said selection by the sender (*e.g.*, a user of a first Samsung Galaxy S25 Ultra) to a call manager (*e.g.*, a server that is connected to a network, an internal processor, etc.). For example, a user may use Samsung's Bixby on their Samsung Galaxy S25 Ultra to indicate the selection of a recipient of a communication.




Source: Samsung Galaxy S25 Ultra 08/11/25




Source: Samsung Galaxy S25 Ultra 08/11/25




Source: https://news.samsung.com/global/a-new-way-to-interact-with-your-phone-bixby-the-galaxy-s8-intelligent-interface




Source: Samsung Galaxy S25 Ultra 08/11/25

## Send messages with Bixby Voice

If you need to send an important text but you're doing too many things at once, Bixby can send it for you:

- Call Bixby by saying, "Hi Bixby" or pressing and holding the **Bixby** or **Side** button, depending on your settings.

When you want to send a text, there are two ways you can do it:

- You can tell Bixby who to send the text to (for instance, "Text Mom"), tap the **Keyboard** icon, and then enter the message yourself. Tap **Go** (the arrow icon), tap **Send**, and you're done.
- You can tell Bixby exactly what to send. For example, you can say, "Text Mom happy birthday." Bixby will not automatically send the text. Once it's written, you can review the message, and then you can tap **Send**.




- If you have two or more contacts that share the same name, Bixby will ask which one to text. Tap the correct name, review your message, and then tap **Send**.

Source: https://www.samsung.com/us/support/answer/ANS10002775/

84. Each accused Samsung device, including the Galaxy S25 Ultra, comprises a computer-readable medium for determining a communication mode for each of said recipient addresses by the call manager, wherein said call manager uses a criteria manager to determine said communication mode. For example, the Samsung Galaxy S25 Ultra comprises a computer-readable medium for determining a communication mode (*e.g.*, via electronic mail, phone call, text message, etc.) for each of said recipient addresses (*e.g.*, a phone number, email address, social media account, etc.) by the call manager (*e.g.*, a server that is connected to a network, an internal processor, etc.), wherein said call manager uses a criteria manager (*e.g.*, a second server that is connected to a network, a second internal processor, etc.) to determine said communication mode. For example, a user may use Samsung's Bixby on their Samsung Galaxy S25 Ultra to indicate a desire to communicate with one of the user's contacts, and Samsung's Bixby will automatically determine a way to achieve that communication. If a user wants to send a message to a recipient,

Bixby will likely prepare a text message to send the recipient, rather than an email or a voice message.




Source: Samsung Galaxy S25 Ultra 08/11/25




Source: Samsung Galaxy S25 Ultra 08/11/25




Source: https://news.samsung.com/global/a-new-way-to-interact-with-your-phone-bixby-the-galaxy-s8-intelligent-interface




Source: Samsung Galaxy S25 Ultra 08/11/25

85. Each accused Samsung device, including the Galaxy S25 Ultra, comprises a computer-readable medium for transmitting the identity of the recipient by said call manager to said criteria manager. For example, on information and belief, the Samsung Galaxy S25 Ultra comprises a computer-readable medium for transmitting the identity of the recipient (*e.g.*, contact information, such as name, phone number, email address, birthday, etc.) by said call manager (*e.g.*, a server that is connected to a network, an internal processor, etc.) to said criteria manager (*e.g.*, a second server that is connected to a network, a second internal processor, etc.). For example, the

Samsung Galaxy S25 Ultra will transfer contact data from a user's phone and contacts applications to a user's Bixby application.




Source: Samsung Galaxy S25 Ultra 08/11/25




Source: Samsung Galaxy S25 Ultra 08/11/25

86. Each accused Samsung device, including the Galaxy S25 Ultra, comprises a computer-readable medium for applying a selection criteria by the criteria manager for determining the recipient address from said recipient addresses, wherein the selection criteria utilizes one or more of a profile of said sender and a communication mode in which the sender wishes to communicate. For example, the Samsung Galaxy S25 Ultra comprises a computer-readable medium for applying a selection criteria (*e.g.*, preferences of the sender, preferences of the recipient, compatibility of the sender device and the recipient device, history of use of a

recipient device by the sender and recipient, presence of the recipient and the time of the communication, history of the availability of the recipient devices, etc.) by the criteria manager (*e.g.*, a second server that is connected to a network, a second internal processor, etc.) for determining the recipient address (*e.g.*, a phone number, email address, social media account, etc.) from said recipient addresses, wherein the selection criteria utilizes one or more of a profile (*e.g.*, unique user preferences that provide instructions for the call manager) of said sender and a communication mode (*e.g.*, via electronic mail, phone call, text message, etc.) in which the sender wishes to communicate. For example, on information and belief, Samsung's Bixby utilizes information gathered from a user's call log, text history, contacts, etc. in determining the best approach for achieving the user's goal of sending a communication to a recipient.




Source: Samsung Galaxy S25 Ultra 08/11/25







Source: Samsung Galaxy S25 Ultra 08/11/25




Source: Samsung Galaxy S25 Ultra 08/11/25

87. Each accused Samsung device, including the Galaxy S25 Ultra, comprises a computer-readable medium for providing a preferred communication mode for communicating with the recipient by the criteria manager to the call manager. For example, the Samsung Galaxy S25 Ultra comprises a computer-readable medium for providing a preferred communication mode (*e.g.*, via electronic mail, phone call, text message, etc.) for communicating with the recipient (*e.g.*, a user of a second Samsung Galaxy S25 Ultra) by the criteria manager (*e.g.*, a second server that is connected to a network, a second internal processor, etc.) to the call manager (*e.g.*, a server that is connected to a network, an internal processor, etc.). For example, on information and belief,

Samsung's Bixby utilizes information gathered from a user's call log, text history, contacts, etc. in determining the best avenue of communication, such as calling, texting, or emailing, for achieving the user's goal of sending a communication to a recipient and then enabling this mode of communication on the user's Samsung Galaxy S25 Ultra.




Source: Samsung Galaxy S25 Ultra 08/11/25




Source: https://www.samsung.com/us/support/answer/ANS10002775/

## Send messages with Bixby Voice

If you need to send an important text but you're doing too many things at once, Bixby can send it for you:

- Call Bixby by saying, "Hi Bixby" or pressing and holding the **Bixby** or **Side** button, depending on your settings.

When you want to send a text, there are two ways you can do it:

- You can tell Bixby who to send the text to (for instance, "Text Mom"), tap the **Keyboard** icon, and then enter the message yourself. Tap **Go** (the arrow icon), tap **Send**, and you're done.
- You can tell Bixby exactly what to send. For example, you can say, "Text Mom happy birthday." Bixby will not automatically send the text. Once it's written, you can review the message, and then you can tap **Send**.




- If you have two or more contacts that share the same name, Bixby will ask which one to text. Tap the correct name, review your message, and then tap **Send**.

Source: https://www.samsung.com/us/support/answer/ANS10002775/


Send a text message using Bixby

**Please note:** available Bixby functions and features can differ by region and by device.

Before you can send a message using Bixby, you will need to make sure that the Bixby Key and Bixby Voice has been enabled. More information on how to set up Bixby services, can be found here.

1. Press and hold the Bixby Key.
2. Once Bixby is listening, you will need to tell it who you would like to send the message to and the message you would like to send.
3. Tap **Send** or say **Yes** to send your message.
4. Bixby will confirm once it has sent your message.



Source: https://www.samsung.com/uk/support/mobile-devices/how-do-i-use-text-messages-on-my-device/




Source: Samsung Galaxy S25 Ultra 08/11/25




Source: Samsung Galaxy S25 Ultra 08/11/25




Source: Samsung Galaxy S25 Ultra 08/11/25




Source: https://news.samsung.com/global/a-new-way-to-interact-with-your-phone-bixby-the-galaxy-s8-intelligent-interface




Source: Samsung Galaxy S25 Ultra 08/11/25

88. Each accused Samsung device, including the Galaxy S25 Ultra, comprises a computer-readable medium for selecting the recipient addresses by the criteria manager, wherein said selection is based on a ranking of the recipient address by the criteria sub-managers, and wherein said sub-managers comprise a history sub manager, presence sub-manager, recipient device capabilities sub-manager, recipient preferences sub-manager, time sub-manager, and a sender's preference sub-manager. For example, the Samsung Galaxy S25 Ultra comprises a computer-readable medium for selecting the recipient addresses (*e.g.*, phone numbers, email addresses, social media accounts, etc.) by the criteria manager (*e.g.*, a second server that is

connected to a network, a second internal processor, etc.), wherein said selection is based on a ranking of the recipient address by the criteria sub-managers, and wherein said sub-managers comprise a history sub manager, presence sub-manager, recipient device capabilities sub-manager, recipient preferences sub-manager, time sub-manager, and a sender's preference sub-manager. For example, on information and belief, Samsung's Bixby utilizes information gathered from a user's call log, text history, contacts, manually entered preferences, etc. in determining the most appropriate recipient contact information for achieving the user's goal of sending a communication to a recipient.



Send a text message using Bixby

**Please note**: available Bixby functions and features can differ by region and by device.

Before you can send a message using Bixby, you will need to make sure that the Bixby Key and Bixby Voice has been enabled. More information on how to set up Bixby services, can be found here.

1 Press and hold the Bixby Key.

2 Once Bixby is listening, you will need to tell it who you would like to send the message to and the message you would like to send.

3 Tap **Send** or say **Yes** to send your message.

4 Bixby will confirm once it has sent your message.

Source: https://www.samsung.com/uk/support/mobile-devices/how-do-i-use-text-messages-on-my-device/




Source: Samsung Galaxy S25 Ultra 08/11/25




Source: https://news.samsung.com/global/a-new-way-to-interact-with-your-phone-bixby-the-galaxy-s8-intelligent-interface

89. Each accused Samsung device, including the Galaxy S25 Ultra, comprises a computer-readable medium wherein the history sub-manager is ranked the highest of the sub-manager and the history sub-manager determines the most frequently used recipient address based on past selections and selecting the most frequently used recipient address based on past selections by the criteria manager. For example, on information and belief, Samsung's Bixby prioritizes a user's call log and text history in determining the best approach for achieving the user's goal of sending a communication to a recipient.




Source: Samsung Galaxy S25 Ultra 08/11/25




Source: Samsung Galaxy S25 Ultra 08/11/25




Source: Samsung Galaxy S25 Ultra 08/11/25







Source: Samsung Galaxy S25 Ultra 08/11/25




Source: Samsung Galaxy S25 Ultra 08/10/25

90. Defendants directly infringe the '525 Patent through its implementation and use of smartphones and other Samsung devices running Samsung's Bixby and Samsung's Galaxy AI, performing at least the steps of Claim 16.

91. Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '525 Patent by knowingly and intentionally inducing others, including Samsung customers and end-users, to directly infringe, either literally or under the doctrine of equivalents,

by making, using, offering to sell, selling, and/or importing into the United States products that include the infringing technology.

92. Defendants, with knowledge that these products, or the use thereof, infringe the ’525 Patent at least as of the filing of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the ’525 Patent by providing these products to end-users for use in an infringing manner. Additionally, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants’ specific industry, with the subjective belief that there was a high probability that Defendants would learn of their infringing activities, thereby remaining willfully blind to the ’525 Patent at least as early as the issuance of the ’525 Patent

93. Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the ’525 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants’ website, product literature and packaging, and other publications.

94. Plaintiff has suffered damages as a result of Defendants’ direct and indirect infringement of the ’525 Patent in an amount to be proven at trial.

95. Plaintiff has suffered, and will continue to suffer, irreparable harm as a result of Defendants’ infringement of the ’525 Patent, for which there is no adequate remedy at law, unless Defendants’ infringement is enjoined by this Court.

96. Defendants have committed and continue to commit acts of infringement that Defendants actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the ’525 Patent. Defendants’ direct and indirect infringement of the ’525 Patent has been and continues to be willful, intentional, deliberate, and/or in conscious disregard of rights under the patent. Plaintiff is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Defendants as follows:

a. Entry of judgment declaring that Defendants have directly and/or indirectly infringed one or more claims of each of the Patents-in-Suit;

b. Entry of judgment declaring that Defendants’ infringement of the ’633 Patent, the ’116 Patent, the ’227 Patent, and the ’525 Patent is willful;

c. An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendants, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of the ’116 Patent and the ’525 Patent;

d. An order awarding damages sufficient to compensate Plaintiff for Defendants’ infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

e. Entry of judgement declaring enhanced damages under 35 U.S.C. § 284;

f. Entry of judgment declaring that this case is exceptional and awarding Plaintiff its costs and reasonable attorney fees under 35 U.S.C. § 285; and

g. Such other and further relief as the Court deems just and proper.

Dated: May 29, 2026

Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
Joseph Mercadante
NY Bar No. 4784930
Email: jmercadante@frlip.com
**Fabricant Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF AAWAAZ INC.***