**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| AAWAAZ INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:26-cv-00437-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Aawaaz Inc. ("Plaintiff" or "Aawaaz") hereby voluntarily dismisses all claims with prejudice against Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (collectively, "Defendants" or "Samsung"). Each Party will bear its own costs, expenses, and attorneys' fees.

Dated: October 15, 2026

Respectfully submitted,

*/s/ Joseph M. Mercadante*

Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797

Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF AAWAAZ INC.***